UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00352-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD L. POLE,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Probation Officer's Petition for Early Termination of Supervised Release and Order (ECF No. 69).  The Petition directed the United States to respond in writing within fifteen days indicating whether it had any objection to the termination of supervised release.  If the United States did not file a timely objection, the Petition advised that defendant would be discharged from supervised release and the proceedings in the case would be terminated.  On July 6, 2011, the Government filed a response to the Petition, indicating that it does not object to the early termination of Defendant's term of supervised release.  In light of the foregoing, I find that early termination of supervised release of Defendant is appropriate.  It is therefore

ORDERED that the Petition for Early Termination of Supervised Release (ECF No. 69) filed June 29, 2011, is **GRANTED**, and Defendant is terminated from supervised release.

Dated: July 22, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge